# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>DLOTT, SUSAN J. | **2. Court or Organization**<br><br>U.S. SOUTHERN DISTRICT OF OHIO | **3. Date of Report**<br><br>09/21/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR STATUS | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>1/1/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>U.S. COURTHOUSE, ROOM 227<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL MANAGER | MILFORD ONE LLC |
| 2. | BOARD MEMBER | SWEL FOUNDATION |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Account #1 (H) | | | | | | | | | |
| 2. CASH HELD IN CUSTODIAN (Charles Schwab & Co Inc) | B | Interest | O | T | | | | | |
| 3. BOSTON PROPERTIES LP 3.8% due 2/1/24; BONDS | B | Interest | K | T | | | | | |
| 4. ECOLAB INC. 2.25% due 01-12-20; BONDS | A | Interest | | | Matured | 01/12/20 | K | A | |
| 5. ENTERGY LOUISIANA 3.3% due 12-01-22; BONDS | B | Interest | K | T | | | | | |
| 6. ESSEX PORTFOLIO, L.P. 3.875% due 5/1/24; BONDS | A | Interest | K | T | | | | | |
| 7. INTERCONTINENTALEXCHANGE GROUP INC 2.75% DUE 12-01-20; BONDS | A | Interest | | | Sold | 06/25/20 | K | A | |
| 8. ISHARES CORE S&P 500; ETF | B | Dividend | M | T | Buy | 03/12/20 | M | | |
| 9. JM SMUCKER CO 3.000% Due 3/15/22; BONDS | A | Interest | K | T | | | | | |
| 10. NEXTERA ENERGY C 3.15% 04-01-24; BONDS | A | Interest | K | T | | | | | |
| 11. ROPER TECHNOLOGIES 3.0% DUE 12-15-20; BONDS | A | Interest | | | Sold | 11/15/20 | K | | |
| 12. UNITEDHEATH GROUP INC 2.875% DUE 12-15-21; BONDS | B | Interest | K | T | | | | | |
| 13. US BANCORP 3.6% DUE 9/11/24; BONDS | A | Interest | K | T | | | | | |
| 14. US TREASURY NOTE 1.375% 4/30/2020; BONDS | C | Interest | | | Buy | 1/24/20 | N | | |
| 15. | | | | | Matured | 4/30/20 | O | A | |
| 16. US TREASURY NOTE 1.625% 7/31/2020; BONDS | D | Interest | | | Buy | 1/24/20 | O | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. | | | | | | Matured | 7/31/20 | O | | |
| 18. | VANGUARD ULTRA-SHORT-TERM BOND ADMIRAL; MUTUAL FUND | A | Dividend | N | T | Buy | 11/19/20 | O | | |
| 19. | ZOETIS INC 3.25% DUE 02-01-23; BONDS | A | Interest | K | T | | | | | |
| 20. | Investment Account #2 (H) | | | | | | | | | |
| 21. | CASH HELD IN CUSTODIAN (Charles Schwab & Co Inc) | B | Interest | M | T | | | | | |
| 22. | BEACHWOOD OH CITY SCHOOL DISTRICT GO 3.0% DUE 12/1/24; BONDS | C | Interest | M | T | | | | | |
| 23. | BURLINGTON CNTY NJ GO Ser A 2.0% DUE 1/15/21; BONDS | C | Interest | M | T | | | | | |
| 24. | CAPITAL ONE FINL VAR; BONDS | C | Interest | L | T | | | | | |
| 25. | CITIZENS FINANCIAL GROUP VAR 99; BONDS | D | Interest | M | T | | | | | |
| 26. | IOWA LAKES IA COMMUNITY COLLEGE GO BAM 2.0% Due 06/01/20; BONDS | B | Interest | | | Matured | 6/1/20 | M | | |
| 27. | IOWA STATE WESTERN COMMUNITY COLLEGE SER A GO 3.0% DUE 6/1/21; BONDS | C | Interest | M | T | | | | | |
| 28. | JEFFERSON CNTY OH GO AGC 2.125% DUE 12/1/20; BONDS | B | Interest | | | Matured | 12/1/20 | M | | |
| 29. | KENTUCKY ST RURAL FINANCE WATER 4.0% DUE 2/1/24; BONDS | D | Interest | M | T | | | | | |
| 30. | KENTUCKY STATE ASSN OF COUNTIES FINANCING 4.25%; BONDS | D | Interest | J | T | Sold<br>(part) | 8/1/20 | M | | |
| 31. | | | | | | Sold<br>(part) | 9/9/20 | J | | |
| 32. | | | | | | Sold<br>(part) | 12/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. MCCRAKEN CNTY KY GO 2.5% DUE 12/1/22; BONDS | D | Interest | N | T | | | | | |
| 34. MEDINA CNTY OH LIBRARY DISTRICT GO 3.0% DUE 12/1/23; BONDS | C | Interest | M | T | | | | | |
| 35. NATIONAL POWER CORP 9.625% DUE 5/15/28; BONDS | A | Interest | J | T | | | | | |
| 36. TRUIST FINL CORP VAR (SUNTRUST FIX TO FLOAT 5.125% DUE 12/15/27); BOND | D | Interest | M | T | | | | | |
| 37. UNIVERSITY OF TOLEDO OH SER C REV 5.0% DUE 6/1/26; BONDS | D | Interest | M | T | | | | | |
| 38. WYOMING MI WATER SUPPLY SYSTEM REV 3.125% DUE 6/1/22; BONDS | C | Interest | | | Sold | 7/29/20 | M | B | |
| 39. AIR PRODUCTS AND CHEMICALS; EQUITIES | C | Dividend | M | T | | | | | |
| 40. ALPHABET INC. CLASS C; EQUITIES | | None | M | T | | | | | |
| 41. BECTON DICKINSON & CO; EQUITIES | B | Dividend | M | T | | | | | |
| 42. CHEVRON CORP; EQUITIES | C | Dividend | K | T | | | | | |
| 43. CINCINNATI FINANCIAL CORP; EQUITIES | B | Dividend | L | T | | | | | |
| 44. CITIZENS FINL GROUP; EQUITIES | D | Dividend | M | T | | | | | |
| 45. DANAHER CORP; EQUITIES | A | Dividend | M | T | | | | | |
| 46. DELTA AIR LINES; EQUITIES | A | Dividend | J | T | | | | | |
| 47. EMERSON ELECTRIC CO; EQUITIES | B | Dividend | L | T | | | | | |
| 48. EXXON MOBIL CORP; EQUITIES | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 49. FASTENAL CO; EQUITIES | C | Dividend | M | T | | | | | |
| 50. ISHARES MSCI EAFE; ETF | C | Dividend | M | T | | | | | |
| 51. ISHARES RUSSELL 2000; ETF | C | Dividend | M | T | | | | | |
| 52. JOHNSON & JOHNSON; EQUITIES | D | Dividend | M | T | | | | | |
| 53. JP MORGAN CHASE & CO; EQUITIES | C | Dividend | M | T | | | | | |
| 54. KRAFT HEINZ CO; EQUITIES | | None | | | Sold | 1/24/20 | L | | |
| 55. LAS VEGAS SANDS CORP; EQUITIES | A | Dividend | L | T | | | | | |
| 56. LOWES COMPANIES INC; EQUITIES | B | Dividend | M | T | | | | | |
| 57. MARRIOTT INTL INC CLASS A;<br>EQUITIES | A | Dividend | M | T | | | | | |
| 58. MARSH & MCLENNAN COMPANIES,<br>INC; EQUITIES | B | Dividend | M | T | | | | | |
| 59. MEDTRONIC PLC F; EQUITIES | C | Dividend | M | T | | | | | |
| 60. MERCK & CO INC; EQUITIES | D | Dividend | M | T | | | | | |
| 61. METLIFE INC; EQUITIES | C | Dividend | L | T | | | | | |
| 62. MICROCHIP TECHNOLOGY; EQUITIES | B | Dividend | M | T | | | | | |
| 63. MICROSOFT CORP; EQUITIES | C | Dividend | N | T | | | | | |
| 64. MORGAN STANLEY; EQUITIES | C | Dividend | M | T | | | | | |
| 65. NESTLE ADR; EQUITIES | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 66. NORFOLK SOUTHERN CO; EQUITIES | C | Dividend | M | T | | | | | |
| 67. PEPSICO INC; EQUITIES | C | Dividend | M | T | | | | | |
| 68. PFIZER INC; EQUITIES | C | Dividend | L | T | | | | | |
| 69. PROCTER & GAMBLE CO; EQUITIES | D | Dividend | N | T | | | | | |
| 70. ROYAL DUTCH SHELL; EQUITIES | C | Dividend | K | T | | | | | |
| 71. SCHWAB INTERNATIONAL EQUITY; ETF | D | Dividend | N | T | | | | | |
| 72. SECTOR SPDR TECHNOLOGY SELECT SHARE; ETF | B | Dividend | N | T | | | | | |
| 73. TJX COMPANIES INC; EQUITIES | A | Dividend | M | T | | | | | |
| 74. TORONTO DOMINION BNK F; EQUITIES | B | Dividend | | | Sold | 1/24/20 | M | E | |
| 75. VERIZON COMMUNICATIONS; EQUITIES | C | Dividend | M | T | | | | | |
| 76. VIATRIS INC; EQUITIES | | None | J | T | Buy | 1/1/20 | J | | |
| 77. | | | | | Sold (part) | 11/17/20 | J | A | |
| 78. VISA INC CLASS A; EQUITIES | B | Dividend | M | T | | | | | |
| 79. WALGREEN CO; EQUITIES | C | Dividend | L | T | | | | | |
| 80. WALT DISNEY CORPORATION; EQUITIES | A | Dividend | M | T | | | | | |
| 81. WASTE MANAGEMENT INC; EQUITIES | C | Dividend | M | T | | | | | |
| 82. XILINX INC; EQUITIES | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 09/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 83. | ZIMMER BIOMET HOLDGS; EQUITIES | A | Dividend | M | T | | | | | |
| 84. | 3M CO; EQUITIES | C | Dividend | M | T | | | | | |
| 85. | WOMEN'S CAPITAL CLUB (H) | | | | | | | | | |
| 86. | CASH HELD IN CUSTODIAN (Charles Schwab & Co Inc) | A | Interest | N | T | | | | | |
| 87. | ALPHABET INC CL A VOTING; EQUITIES | | None | K | T | Sold (part) | 6/12/20 | K | E | |
| 88. | AMERICAN WATER WORKS; EQUITIES | A | Dividend | | | Sold | 6/12/20 | L | D | |
| 89. | ANTHEM INC; EQUITIES | A | Dividend | L | T | Sold (part) | 6/12/20 | J | D | |
| 90. | APPLE INC; EQUITIES | B | Dividend | M | T | Sold (part) | 6/12/20 | L | F | |
| 91. | | | | | | Sold (part) | 10/15/20 | K | E | |
| 92. | II-VI INC; EQUITIES | | None | L | T | Buy | 1/23/20 | K | | |
| 93. | JOHNSON & JOHNSON; EQUITIES | B | Dividend | K | T | | | | | |
| 94. | NETFLIX.COM INC; EQUITIES | | None | M | T | | | | | |
| 95. | SKYWORKS SOLUTIONS INC; EQUITIES | A | Dividend | L | T | | | | | |
| 96. | TESLA MOTORS INC; EQUITIES | | None | M | T | Sold (part) | 6/12/20 | K | E | |
| 97. | | | | | | Sold (part) | 10/15/20 | M | F | |
| 98. | | | | | | Sold (part) | 12/15/20 | M | G | |
| 99. | TREASURY WINE ESTATE F; EQUITIES | A | Dividend | | | Sold | 6/12/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. WALT DISNEY CO; EQUITIES | | None | K | T | | | | | |
| 101. ISHARES MSCI USA ESG SELECT, ETF | A | Dividend | | | Sold (part) | 6/12/20 | J | C | |
| 102. | | | | | Sold | 10/15/20 | K | E | |
| 103. RYDEX BIOTECHNOLOGY FUND, EQUITY FUND | | None | | | Sold | 6/12/20 | K | D | |
| 104. CROWN CASTLE INTL CO, REIT | B | Dividend | L | T | | | | | |
| 105. Fifth Third Checking Account | A | Interest | L | T | | | | | |
| 106. WOMENS CAPITAL CLUB PARTNERSHIP (2.3255814% OWNERSHIP) | | None | K | W | | | | | |
| 107. MILFORD ONE, LLC | | None | | | Sold | 11/3/20 | O | G | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 09/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I

MILFORD ONE, LLC GENERAL MANAGER; THE SOLE ASSET OF THIS LLC WAS SOLD DURING 2020. MILFORD ONE, LLC IS A DORMANT ENTITY AS OF DECEMBER 31, 2020.

PART VII

LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

LINE 76 - THIS VIATRIS, INC. STOCK WAS RECEVIED AS A SPIN-OFF FROM PFIZER, INC. (PFE) ON 12/15/2015, ACCORDING TO THE DECEMBER 2020 TRUST ACCOUNT STATEMENT. IT WAS NOT REPORTED WITHIN THE INVESTMENT ACCOUNT UNTIL 2020. WE HAVE THEREFORE ADDED IT WITH AN ACQUISITION DATE OF 1/1/2020.

ALL WOMEN'S CAPITAL CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.3255814%.

LINES 2, 21 AND 86 ARE CASH BALANCES HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

LINE 107 - GAIN ON THE SALE OF THIS PROPERTY WAS ATTRIBUTABLE TO JUDGE DLOTT'S SPOUSE FOR INCOME TAX PURPOSES, SINCE THE IRS DETERMINED HER SPOUSE TO BE THE ALTER EGO/NOMINEE OF THE PROPERTY.

JUDGE DLOTT FILES A TAX RETURN SEPARATE FROM HER SPOUSE (I.E. NOT A JOINT TAX RETURN). AS SUCH, THE ASSETS OF HER SPOUSE ARE NOT REPORTED WITHIN THIS FEDERAL DISCLOSURE REPORT, WHICH IS CONSISTENT WITH HISTORICAL FILINGS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN J. DLOTT**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544